UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | | |
|---|---|---|
| PRINCETON ALTERNATIVE INCOME FUND, L.P., | ) ) ) | 3:24-cv-3013 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **PLAINTIFF'S CORPORATE** **DISCLOSURE STATEMENT** |
| LITTLE OWL ARGON, LLC, | ) ) | |
| Defendant. | ) | |

COMES NOW Plaintiff, Princeton Alternative Income Fund, L.P., ("PAIF, LP") by and

through its undersigned counsel, and pursuant to Fed. R. Civ. P 7.1, submits the following

Corporate Disclosure Statement:

1.      Princeton Alternative Income Fund, L.P. is a limited partnership.

2.      There is no parent corporation, nor publicly held corporation that owns 10% or
more of PAIF, LP.

3.      PAIF, LP was organized under the laws of Delaware and its principal office is in
New Jersey.

4.      The names and citizenship of the partners of PAIF, LP are:

| | |
|---|---|
| S. Partners | CA |
| E. & D. Living Trust | CA |
| M.S. | IL |
| W._____, LP | GA |
| C. | TX |
| R._____, LP | TX |
| R.W. | NJ |
| Mattin Family Trust | FL |
| S. | MD |
| Princeton Alternative Funding Management LLC | NJ |
| Princeton Alternative Offshore Income Fund LTD | BVI |

1

DATED this 3rd day of July, 2024.

/s/ Gregory G. Strommen
Gregory G. Strommen
Richard E. Huffman
DEMERSSEMAN JENSEN
  TELLINGHUISEN & HUFFMAN LLP
*Attorneys for Plaintiff*
516 5th Street, P.O. Box 1820
Rapid City, SD 57709-1820
(605) 342-2814

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2024, I served a true and correct copy of the foregoing **Plaintiff's Corporate Disclosure Statement** upon the person identified below by E-filing (CM/ECF):

Daniel F. Duffy
Emily M. Smorgiewicz
Bangs, McCullen, Butler,
Foye & Simmons, L.L.P.
*Attorneys for Defendant*
PO Box 2670
Rapid City, SD 57709

-and-

William J. McKenna
Michael J. Small
*Pro Hac Vice for Defendant*
Foley & Lardner, LLP
321 N. Clark Street, Suite 3000
Chicago, IL 60654

/s/ Gregory G. Strommen
Gregory G. Strommen
Richard E. Huffman
DEMERSSEMAN JENSEN
  TELLINGHUISEN & HUFFMAN LLP
*Attorneys for Plaintiff*
516 5th Street, P.O. Box 1820
Rapid City, SD 57709-1820
(605) 342-2814
gstrommen@demjen.com
reh@demjen.com

2